Jane M. Flynn, Bar No. 167466
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, California 92614
Telephone:  (949) 862-4643
Facsimile:   (949) 862-4605
E-mail:  jane.flynn@fedex.com

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA STUBBLEFIELD,<br><br>             Plaintiff,<br><br>    vs.<br><br>FEDEX EXPRESS CORPORATION; FEDEX CORPORATION; FEDEX GROUND PACKAGE SYSTEM, INC.; FEDEX CORPORATE SERVICES, INC.; FEDEX CUSTOMER INFORMATION SERVICES, INC.; and DOES 1 through 50, inclusive,<br><br>             Defendants. | **Case No. 11 CV-10456-RSWL-CW**<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP 41 [22]**<br><br>Complaint Filed:  November 9, 2011<br>Trial Date:   March 5, 2013 |

Pursuant to Stipulation to Dismiss filed by the parties herein, the Court hereby orders the action dismissed in its entirety, with prejudice, each side to bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: October 18, 2012      By: __RONALD S.W. LEW__
                                                           Hon. Ronald S.W. Lew
                                                           SENIOR, U.S. DISTRICT COURT JUDGE

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

948493 (60-13574)

1

ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE
Case No. 11 CV-10456-RSWL-CW